FILED
CLERK, U.S. DISTRICT COURT

JUN 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHRISTOPHER G. WALKER,              )   No. CV 05-5048 FFM
                                    )
            Plaintiff,              )   JUDGMENT OF REMAND
                                    )
     v.                             )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated June 10, 2008.

DATED: 6/10/08

FREDERICK F. MUMM
United States Magistrate Judge